| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | CASEY O'NEILL (NYBN 4715363)<br>Special Assistant United States Attorney |

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5080
Fax: (408) 535-5066
E-Mail: Casey.O'Neill@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HERMELINDO HERNANDEZ-MORALES,<br><br>Defendant. | CASE NO. 14-CR-00279 DLJ<br><br>STIPULATION AND [] ORDER CONTINUING STATUS DATE & EXCLUDING TIME |

The government and defendant Hermelindo Hernandez-Morales, through their respective counsel, hereby stipulate and request that the status hearing currently set for Thursday, August 7, 2014, at 9:00 a.m., be continued to Thursday, September 4, 2014, at 9:00 a.m., before The Honorable D. Lowell Jensen, United States District Judge.  The reason for the requested continuance is that the government anticipates an imminent substitution of counsel on this case.

The parties also stipulate and request that the Court exclude time from August 7, 2014 through and including September 4, 2014, as the reasonable time necessary for effective preparation of counsel, given the ongoing evaluation of the case, and for continuity of government counsel, such that the ends of

STIPULATION CONTINUING STATUS DATE & EXCLUDING TIME
NO. 14-CR-00279 DLJ                                                                       1

justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: August 5, 2014

MELINDA HAAG
United States Attorney

_____/s/_____
CASEY O'NEILL
Special Assistant United States Attorney

Dated: August 5, 2014

_____/s/_____
CYNTHIA LIE
Counsel for defendant Hermelindo Hernandez-Morales

### [] ORDER

Good cause appearing and by stipulation of the parties,

IT IS HEREBY ORDERED that the status hearing currently set for Thursday, August 7, 2014, at 9:00 a.m., shall be continued to Thursday, September 4, 2014, at 9:00 a.m.

It is further ordered that time from August 7, 2014 through and including September 4, 2014, shall be excluded from the computation of the time within which trial shall commence, as the reasonable time necessary for effective preparation of counsel, and for continuity of government counsel, such that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

_____
HON. D. LOWELL JENSEN
United States District Judge